USAO 2019R00747

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No.** ELH-20-0132 |
| **v.** : | |
| : | **(Threats Transmitted by Interstate** |
| **PHILLIP CLINE, JR.,** : | **Communication, 18 U.S.C. §875(c))** |
| : | |
| **Defendant.** : | |

oooOooo

## **INFORMATION**

The United States Attorney for the District of Maryland and the Assistant Attorney General for the Civil Rights Division charge that:

On or about February 1, 2019, within the Northern District of Indiana, and the District of New Jersey, the defendant,

**PHILLIP CLINE, JR.,**

knowingly and willfully did transmit in interstate and foreign commerce from New Jersey to the State of Indiana, a communication via telephone to B.R., an employee of Coastal Credit LLC, and the communication contained a threat to injure B.R., specifically the defendant threatened to have "all my fuckin' white power friends 'll fuckin' hang your ass," or words to that effect.

18 U.S.C. § 875(c)

/s/

_____     _____
Date                    Robert K. Hur
                        United States Attorney

/s/

_____
Eric S. Dreiband
Assistant Attorney General
Civil Rights Division